Monte J. White & Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Kathleen Ann Lietzke | § | |
| | § | |
| | § | CASE NO.  11-10103-RLJ-13 |
| | § | |
| DEBTOR | § | |

NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7
UNDER SECTION 1307(A)

The debtor, by and through her attorney, represents and states as follows:

1. Debtor, Kathleen Ann Lietzke, filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on March 30, 2011.

2. Debtor's Chapter 13 case was confirmed June 21, 2011.

3. Debtor is no longer able to comply with the Chapter 13 plan.

4. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

5. Under Section 1307(a) of the Bankruptcy Code, the debtor is entitled to convert her Chapter 13 case to a case under Chapter 7 at any time.

6. The Debtor now wishes to convert this case to a case under Chapter 7.

7. Pursuant to Bankruptcy Rule 1017(f)(3), a Chapter 13 case shall be converted without court order when the debtor files a notice of conversion under §1307(a). The filing date of the notice becomes the date of the conversion order for the purposes of applying §348(c) and Rule 1019.

8. The conversion to Chapter 7 is being made in good faith by the Debtor.

WHEREFORE, the Debtor, under Section 1307(a) and pursuant to Bankruptcy Rule 1017(f)(3), hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 8, 2014, a true and correct copy of the foregoing Notice of Conversion from Chapter 13 to Chapter 7 was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor

Label Matrix for local noticing
0539-1
Case 11-10103-rlj13
Northern District of Texas
Abilene
Wed May 7 12:02:48 CDT 2014

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Aarons Sales & Lease
2102 N 1st St.
Abilene, TX 79603-7302

Abilene All Star Auto
1333 S. Danville
Abilene, TX 79605-3642

Abilene Regional Medical Center
PO Box 849776
Dallas, TX 75284-9776

Ais Services, LLC
50 California St. Suite 1500
San Francisco, CA 94111-4619

American Agencies
2158 W 190th Street
Torrance, CA 90504-6103

(p)AMERILOAN DBA TFS CORP
PO BOX 111
MIAMI OK 74355-0111

Asset Acceptance
PO Box 2036
Warren, MI 48090-2036

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Central Fin
3424 North First
Abilene, TX 79603-6912

Chase
NPS
PO Box 182223
OH1-1188
Columbus OH 43218-2223

Chase
NPS
PO aBox 182223
OH1-1188
Columbus, OH 43218-2223

Choice Medical Supply
17 Windmill Circle
Abilene, TX 79606-5234

Citibank Stu
Attn: Bankruptcy
PO Box 6191
Sioux Falls, SD 57117-6191

Clinical Partners PA Abilene
P.O. Box 9188
Longview, Texas 75608-9188

Clinical Pathology Associates
CO West Central Texas Collection Bureau
PO Box 2586
Abilene, TX 79604-2586

Clinical Pathology Associates
P.O. Box 3138
Abilene, Texas 79604-3138

Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821-6753

Coronado Beach Resort
1415 Orange Ave
Coronado, CA 92118-2948

David B. McCain MD
6200 Regional Plaza, Suite 1400
Abilene, Texas 79606-5221

David McCain, MD
CO West Central Texas Collection Bureau
PO Box 2586
Abilene, TX 79604-2586

Debbie Storey
3318 Park Crest Dr.
Abilene, TX 79605-5025

Doubleday Book Club
P.O. Box 916400
Rantoul, IL 61866-6400

Epayday Loan
P.O. Box 571992
Murray, UT 84157-1992

Equidata
724 Thimble Shoals Blvd
Newport News, VA 23606-2574

First Choice Power
PO Box 901088
Fort Worth, TX 76101-2088

G M A C
P.O. Box 9001951
Louisville, KY 40290-1951

GEMB - Mervyns
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

| | | |
|---|---|---|
| Galaxy International Purchasing, LLC<br>CO B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 | IRS Department<br>Attn: Dorothy Shields<br>1100 Commerce<br>Mail Code 5027<br>Dallas, Texas 75242-1001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-7999 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Literary Guild Select Book Club<br>6550 East 30th St.<br>Indianapolis, IN 46219-1142 | MBNA America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Merrick Bank<br>CO Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mid America Bank & Trust<br>P.O. Box 5220<br>Sioux Falls, SD 57117-5220 | Mid America Bank & Trust Company<br>PO Box 90340<br>Sioux Falls, SD 57109-0340 | Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | NCO Financial Systems<br>P.O. Box 12100 Dept. 64<br>Trenton, NJ 08650-2100 |
| NCO Financial Systems<br>PO BOX 17095<br>Wilmington, DE 19850-7095 | Nco Fin -99<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Nco-inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Noble Fin<br>25331 1h 10 West<br>San Antonio, TX 78257 | Northland Group<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| Pacific Monarch Resort<br>23091 Mill Creek Dr<br>Laguna Hills, CA 92653-1258 | Palisades Acquisition IX LLC<br>Vativ Recovery Solutions, LLC dba SMC<br>As agent for Palisades Acquisition IX LL<br>PO Box 40728<br>Houston, TX 77240-0728 | Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN 55439-2411 |
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RJM Acquisitions Funding LLC<br>75 Underhill Blvd. Suite 224<br>Syosset, NY 11791 | Radiology Associates - RMA<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 |

Radiology Associates of Abilene
PO Box 2898
Abilene, TX 79604-2898

Rhapsody Book Club
P.O. Box 916400
Rantoul, IL 61866-6400

Rjm Acq Llc
575 Underhill Blvd
Syosset, NY 11791-3426

Rjm Acquisitions Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791-4437

Roadloans.com
Attn: Bankruptcy
5201 Rufe Snow Dr Ste 400
North Richland Hills, TX 76180-6036

SFC-Central Bankruptcy
P.O. 1893
Spartanburg, S.C 29304-1893

Salute
Po Box 105555
Atlanta, GA 30348-5555

Santander Consumer USA
Po Box 560284
Dallas, TX 75356-0284

Santander Consumer Usa
8585 N Stemmons Fwy Ste
Dallas, TX 75247-3822

Sears-Citi
PO Box 6563
The Lakes NV 88901-6563

Service Bureau Inc
2705 81st St
Lubbock, TX 79423-2229

Smart Reader Rewards Book Club
P.O. Box 6455
Camp Hill, PA 17001-9284

Southwestern Bell
Collections Division
PO Box 90245
Arlington, TX 76004-3245

SuddenLink
P.O. Box 78670
Phoenix, AZ 85062-8670

(p)SECURITY FINANCE CENTRAL BANKRUPTCY
P O BOX 1893
SPARTANBURG SC 29304-1893

Taylor Emer Medicine Assoc
PO Box 400
San Antonio, TX 78292-0400

Thinkcashfbd
Brandywine Commons
Wilmington, DE 19803

Total Card Inc.
P.O. Box 90340
Sioux Falls, SD 57109-0340

US Department of Education
P O Box 65128
Saint Paul MN 55165-0128

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702-3397

Wells Fargo Bank
Overdraft Recovery Payment Pro Dept
A0143-042
PO Box 63491
San Francisco, CA 94163-0001

West Central Tx Coll B
Po Box 2586
Abilene, TX 79604-2586

Kathleen Ann Lietzke
807 S. Roy Reynolds
Harker Heights, TX 76548-1171

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ameriloan<br>3531 P Street NW<br>Miami, OK 74355 | Capital One, N.a.<br>Bankruptcy Dept<br>PO Box 5155<br>Norcross, GA 30091 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 |
| (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Sunbelt Credit<br>CO Security Finance<br>1669 Savannah Highway No. C<br>Charleston, SC 29407 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CMG Group LLC<br>Suite 4 & 5 Temple Building<br>Prince William & Main St<br>P.O. Box 822<br>Charlestown, Nevis Federation of Saint & | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | (d)Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (d)Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | End of Label Matrix<br>Mailable recipients    85<br>Bypassed recipients     4<br>Total                 89 | |