IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

Kathleen Ann Lietzke

§
§
§
§    CASE NO. 11-10103-RLJ-7
§
DEBTOR    §

## SCHEDULE REGARDING CONVERSION
## FROM CHAPTER 13 TO CHAPTER 7

In compliance with Local Bankruptcy Rule 1019(1)(a), the Debtors hereby file this Schedule in order to list assets remaining in Debtors' possession as of the date of conversion, abandoned property and property against which the automatic stay terminated during the case and unpaid debts incurred after the filing of the petition and before conversion of the case.  When this schedule is filed for a case converted to Chapter 7 after confirmation of a plan, the schedule will also include property acquired after the filing of the petition but before conversion, unpaid debts and executory contracts entered into or assumed after the filing of the petition but before conversion.

ASSETS REMAINING IN DEBTORS' POSSESSION AS OF DATE OF NOTICE OF CONVERSION AND PROPERTY ACQUIRED AFTER FILING OF PETITION
see schedules on file with Court

ABANDONED PROPERTY AND PROPERTY AGAINST WHICH THE AUTOMATIC HAS TERMINATED
n/a

UNPAID DEBTS INCURRED AFTER FILING/AND OR CONFIRMATION
n/a

EXECUTORY CONTRACTS AFTER FILING
n/a

## DECLARATION CONCERNING DEBTOR(S) SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY INDIVIDUAL DEBTOR(S)

I declare under penalty of perjury that I have read the foregoing Schedule Regarding Conversion From Chapter 13 to Chapter 7 and all attachments and that they are true and correct to the best of my knowledge, information, and belief.

Date:   05/07/2014              /s/ Kathleen Ann Lietzke

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2014, a true and correct copy of the foregoing Debtor(s) Statement of Intention, and Schedule Regarding Conversion from Chapter 13 to Chapter 7 was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor

B6F (Official Form 6F) (12/07)

In re **Kathleen Ann Lietzke**        Case No. **11-10103-RLJ-7**
(if known)

*AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **0330400178**<br>**Abilene Regional Medical Center**<br>**PO Box 849776**<br>**Dallas, TX 75284-9776** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $706.10 |
| ACCT #: **191818125**<br>**Ameriloan**<br>**3531 P Street NW**<br>**Miami, OK 74355** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $170.00 |
| ACCT #: **34645433**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Collection** | | | | $269.00 |
| Representing:<br>**Asset Acceptance** | | | **American Agencies**<br>**2158 W 190th Street**<br>**Torrance, CA 90501-6103** | | | | Notice Only |
| Representing:<br>**Asset Acceptance** | | | **Southwestern Bell**<br>**Collections Division**<br>**PO Box 90245**<br>**Arlington, TX 76004** | | | | Notice Only |
| ACCT #: **412174704282**<br>**Capital One, N.a.**<br>**Bankruptcy Dept**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED: **03/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Current Account** | | | | $148.00 |
| | | | | | | Subtotal > | $1,293.10 |
| | | | | | | Total > | |

_____**9**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**        Case No. **11-10103-RLJ-7**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **831675**<br>**Central Fin**<br>**3424 North First**<br>**Abilene, TX 79603** | | - | DATE INCURRED: **10/15/2010**<br>CONSIDERATION:<br>**Note Loan**<br>REMARKS:<br>**Current Account** | | | | $377.00 |
| ACCT #: **703000008614481963**<br>**Chase**<br>**NPS**<br>**PO aBox 182223**<br>**OH1-1188**<br>**Columbus, OH 43218-2223** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,091.52 |
| ACCT #: **153242,164199**<br>**Choice Medical Supply**<br>**17 Windmill Circle**<br>**Abilene, TX 79606** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $64.11 |
| ACCT #: **45115036420,6421**<br>**Citibank Stu**<br>**Attn: Bankruptcy**<br>**PO Box 6191**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: **11/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**Government Claim**<br>**Account Closed By Grantor** | | | | $1.00 |
| ACCT #: **403983**<br>**Clinical Partners PA Abilene**<br>**P.O. Box 9188**<br>**Longview, Texas 75608-9188** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $531.21 |
| ACCT #: **0364**<br>**CMG Group LLC**<br>**Suite 4 & 5 Temple Building**<br>**Prince William & Main St**<br>**P.O. Box 822**<br>**Charlestown, Nevis Federation of Saint &** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $455.00 |

Sheet no. __1__ of __9__ continuation sheets attached to     Subtotal >    $2,519.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**            Case No. **11-10103-RLJ-7**
                                                                                                 (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **T710EMB1669767835**<br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy**<br>**Suite 200**<br>**Brea, CA 92821** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**Collection** | | | | $266.00 |
| **Representing:**<br>**Cmre Financial Services Inc** | | | **Taylor Emer Medicine Assoc**<br>**PO Box 400**<br>**San Antonio, TX 78292-0400** | | | | Notice Only |
| ACCT #: **0364**<br>**Epayday Loan**<br>**P.O. Box 571992**<br>**Murray, UT 84157** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $520.00 |
| ACCT #: **5230760000493613**<br>**Equidata**<br>**724 Thimble Shoals Blvd**<br>**Newport News, VA 23606** | | - | DATE INCURRED: **08/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collection** | | | | $227.00 |
| **Representing:**<br>**Equidata** | | | **SuddenLink**<br>**P.O. Box 78670**<br>**Phoenix, AZ 85062-8670** | | | | Notice Only |
| ACCT #: **085336446255**<br>**G M A C**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951** | | - | DATE INCURRED: **01/14/2000**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Charge Off for $3118 on 07/03**<br>**Account Closed** | | | | $3,118.00 |

Sheet no. __2__ of __9__ continuation sheets attached to      Subtotal >      $4,131.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**          Case No. **11-10103-RLJ-7**
                                                                                                        (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6045891021290109**<br>**GEMB / Mervyns**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **07/1993**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Transferred**<br>**Account Closed** | | | | $1.00 |
| ACCT #: **5406330016961997**<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5213**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Current Account** | | | | $397.00 |
| ACCT #: **0364**<br>**IRS Department**<br>**Attn: Dorothy Shields**<br>**1100 Commerce**<br>**Mail Code 5027**<br>**Dallas, Texas 75242** | | - | DATE INCURRED: **2002-2003**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $80,356.86 |
| ACCT #:<br>**JWC**<br>**3800 S WS Young Drive, Suite 101**<br>**Killeen, TX 76542** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $4,088.22 |
| ACCT #: **5329-0095-1500-0424**<br>**MBNA America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Purchases**<br>REMARKS: | | | | $3,521.62 |
| ACCT #: **405731.....3128**<br>**Mid America Bank & Trust**<br>**P.O. Box 5220**<br>**Sioux Falls, SD 57117-5220** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $218.54 |

Sheet no. __3__ of __9__ continuation sheets attached to        Subtotal >    $88,583.24
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**            Case No. **11-10103-RLJ-7**
                                                                                                (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 735568260<br>Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850 | | - | DATE INCURRED: 11/2010<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collection** | | | | $465.00 |
| Representing:<br>Nco Fin /99 | | | **First Choice Power**<br>**PO Box 901088**<br>**Fort Worth, TX 76101** | | | | Notice Only |
| ACCT #: WM4241<br>**NCO Financial Systems**<br>**PO BOX 17095**<br>**Wilmington, DE 19850-7080** | | - | DATE INCURRED: Various<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $1,063.51 |
| Representing:<br>**NCO Financial Systems** | | | **Ais Services, LLC**<br>**50 California St. Suite 1500**<br>**San Francisco, CA 94111-4612** | | | | Notice Only |
| ACCT #: 31409141<br>**Nco/inovision-medclr**<br>**Attn: Bankruptcy**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | - | DATE INCURRED: 06/2006<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Collection** | | | | $266.00 |
| ACCT #: 257X4623<br>**Noble Fin**<br>**25331 1h 10 West**<br>**San Antonio, TX 78257** | | - | DATE INCURRED: 01/07/2011<br>CONSIDERATION:<br>**Secured**<br>REMARKS:<br>**Current Account** | | | | $946.00 |

Sheet no. __4__ of __9__ continuation sheets attached to          Subtotal >    $2,740.51
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**      Case No. **11-10103-RLJ-7**
                                                                                                                           (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **F54454182**<br>**Northland Group**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $193.74 |
| ACCT #: **3251811**<br>**Pacific Monarch Resort**<br>**23091 Mill Creek Dr**<br>**Laguna Hills, CA 92653** | | - | DATE INCURRED: **05/1998**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS:<br>**Collection**<br>**Account Closed** | | | | $819.00 |
| ACCT #: **15428320**<br>**Pinnacle Financial Gro**<br>**7825 Washington Ave S St**<br>**Minneapolis, MN 55439** | | - | DATE INCURRED: **12/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collection** | | | | $2,206.00 |
| ACCT #: **698R381167**<br>**Rjm Acq Llc**<br>**575 Underhill Blvd**<br>**Syosset, NY 11791** | | - | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Collection** | | | | $521.00 |
| **Representing:**<br>**Rjm Acq Llc** | | | **Doubleday Book Club**<br>**P.O. Box 916400**<br>**Rantoul, IL 61866-6400** | | | | Notice Only |
| **Representing:**<br>**Rjm Acq Llc** | | | **Literary Guild Select Book Club**<br>**6550 East 30th St.**<br>**Indianapolis, IN 46219** | | | | Notice Only |

Sheet no. __5__ of __9__ continuation sheets attached to        Subtotal >    $3,739.74
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**        Case No. **11-10103-RLJ-7**
                                                                                               (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Rjm Acq Llc** | | | **Rhapsody Book Club**<br>**P.O. Box 916400**<br>**Rantoul, IL 61866-8400** | | | | **Notice Only** |
| **Representing:**<br>**Rjm Acq Llc** | | | **Smart Reader Rewards Book Club**<br>**P.O. Box 6455**<br>**Camp Hill, PA 17001-9284** | | | | **Notice Only** |
| ACCT #: **40080112340870001**<br>**Roadloans.com**<br>**Attn: Bankruptcy**<br>**5201 Rufe Snow Dr Ste 400**<br>**North Richland Hills, TX 76180** | - | | DATE INCURRED: **01/2006**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Transferred**<br>**Account Closed** | | | | **$1.00** |
| ACCT #: **7783760002220181,3119**<br>**Salute**<br>**Po Box 105555**<br>**Atlanta, GA 30348** | - | | DATE INCURRED: **06/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Current Account**<br>**Account Closed By Grantor** | | | | **$309.00** |
| ACCT #: **30000146908231000**<br>**Santander Consumer Usa**<br>**8585 N Stemmons Fwy Ste**<br>**Dallas, TX 75247** | - | | DATE INCURRED: **01/2006**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Charge Off for $5905 on 02/11**<br>**Account Closed By Grantor** | | | | **$5,905.00** |
| ACCT #: **0660976276056**<br>**Sears/Citi**<br>**PO Box 6563**<br>**The Lakes NV 88901-6563** | - | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,677.72** |

Sheet no. **6** of **9** continuation sheets attached to          Subtotal >    **$7,892.72**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**          Case No. **11-10103-RLJ-7**
                                                                                                     (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Sears/Citi** | | | NCO Financial Systems P.O. Box 12100 Dept. 64 Trenton, NJ 08650 | | | | **Notice Only** |
| ACCT #: **SBI1HMC30583978,3967** **Service Bureau Inc** **2705 81st St** **Lubbock, TX 79423** | | - | DATE INCURRED: **04/2005** CONSIDERATION: **Collection Attorney** REMARKS: **Collection** **Account Closed** | | | | **$52.00** |
| **Representing:** **Service Bureau Inc** | | | Hendrick Medical Center Collection Department 1900 Pine Street Abilene, Texas 79601 | | | | **Notice Only** |
| ACCT #: **396990967** **Sunbelt Credit** **c/o Security Finance** **1669 Savannah Highway # C** **Charleston, SC 29407** | | - | DATE INCURRED: **11/02/2010** CONSIDERATION: **Unsecured** REMARKS: **Current Account** | | | | **$700.00** |
| ACCT #: **59188353** **Thinkcashfbd** **Brandywine Commons** **Wilmington, DE 19803** | | - | DATE INCURRED: **06/10/2010** CONSIDERATION: **Unsecured** REMARKS: **Current Account** | | | | **$508.00** |
| ACCT #: **457970** **Total Card Inc.** **P.O. Box 90340** **Sioux Falls, SD 57109** | | - | DATE INCURRED: **Various** CONSIDERATION: **Credit Card** REMARKS: | | | | **$452.95** |

Sheet no. ____7____ of ____9____ continuation sheets attached to             Subtotal >      **$1,712.95**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                               Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**        Case No. **11-10103-RLJ-7**
                                                                             (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **61318946200001**<br>**Verizon Wireless**<br>**PO Box 3397**<br>**Bloomington, IL 61702** | | - | DATE INCURRED: **05/2001**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**Collection**<br>**Account Closed By Grantor** | | | | $248.00 |
| ACCT #: **0488789538**<br>**Wells Fargo Bank**<br>**Overdraft Recovery Payment Pro Dept**<br>**A0143-042**<br>**PO Box 63491**<br>**San Francisco, CA 94163** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $321.03 |
| Representing:<br>**Wells Fargo Bank** | | | **RJM Acquisitions Funding LLC**<br>**75 Underhill Blvd. Suite 224**<br>**Syosset, NY 11791-3416** | | | | Notice Only |
| ACCT #: **1252385**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collection** | | | | $454.00 |
| Representing:<br>**West Central Tx Coll B** | | | **Clinical Pathology Associates**<br>**P.O. Box 3138**<br>**Abilene, Texas 79604** | | | | Notice Only |
| Representing:<br>**West Central Tx Coll B** | | | **David B. McCain MD**<br>**6200 Regional Plaza, Suite 1400**<br>**Abilene, Texas 79606** | | | | Notice Only |

Sheet no. __8__ of __9__ continuation sheets attached to        Subtotal >    $1,023.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Ann Lietzke**     Case No. **11-10103-RLJ-7**

(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **West Central Tx Coll B** | | | **Radiology Associates of Abilene** **PO Box 2898** **Abilene, TX 79604** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            **Subtotal >**    **$0.00**

                                **Total >**    **$113,636.13**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6I (Official Form 6I) (12/07)

In re **Kathleen Ann Lietzke**                      Case No. **11-10103-RLJ-7**
                                                                                               (if known)

## *AMENDED*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): Grandson<br>Grandson | Age(s): 10<br>7 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | unemployed | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | **$0.00** | |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|    b. Social Security Tax | $0.00 | |
|    c. Medicare | $0.00 | |
|    d. Insurance | $0.00 | |
|    e. Union dues | $0.00 | |
|    f. Retirement | $0.00 | |
|    g. Other (Specify) _____ | $0.00 | |
|    h. Other (Specify) _____ | $0.00 | |
|    i. Other (Specify) _____ | $0.00 | |
|    j. Other (Specify) _____ | $0.00 | |
|    k. Other (Specify) _____ | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $250.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|    a. anticipated net income | $2,880.00 | |
|    b. _____ | $0.00 | |
|    c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$3,130.00** | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,130.00** | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,130.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Kathleen Ann Lietzke**   Case No. **11-10103-RLJ-7**
(if known)

## *AMENDED*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>    a. Are real estate taxes included? ☐ Yes ☑ No <br>    b. Is property insurance included? ☐ Yes ☑ No | $700.00 |
| 2. Utilities: a. Electricity and heating fuel <br>          b. Water and sewer <br>          c. Telephone <br>          d. Other: internet/cable | $275.00 <br> $96.00 <br> $127.00 <br> $120.00 |
| 3. Home maintenance (repairs and upkeep) <br> 4. Food <br> 5. Clothing <br> 6. Laundry and dry cleaning <br> 7. Medical and dental expenses <br> 8. Transportation (not including car payments) <br> 9. Recreation, clubs and entertainment, newspapers, magazines, etc. <br> 10. Charitable contributions | $25.00 <br> $650.00 <br> $145.00 <br> $35.00 <br> $250.00 <br> $225.00 <br> <br> |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>     a. Homeowner's or renter's <br>     b. Life <br>     c. Health <br>     d. Auto <br>     e. Other: | $25.00 <br> <br> <br> $127.00 <br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>     a. Auto: 2005 GMC Envoy <br>     b. Other: <br>     c. Other: <br>     d. Other: | $200.00 |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other: School Lunches <br> 17.b. Other: Auto Maintenance | <br> <br> <br> $50.00 <br> $80.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,130.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME <br> a. Average monthly income from Line 15 of Schedule I <br> b. Average monthly expenses from Line 18 above <br> c. Monthly net income (a. minus b.) | <br> $3,130.00 <br> $3,130.00 <br> $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Kathleen Ann Lietzke**                                CASE NO   **11-10103-RLJ-7**

                                                                                           CHAPTER   **7**

*AMENDED*
**VERIFICATION OF MAILING LIST**

   In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

   ( ) is the first mailing list filed in this case.

   (x) adds entities not listed on previously filed mailing list(s).

   ( ) changes or corrects names and address on previously filed mailing lists.

Date  5/7/2014                              Signature  /s/ Kathleen Ann Lietzke
                                                                      *Kathleen Ann Lietzke*

Date                                               Signature

```
JWC
3800 S WS Young Drive, Suite 101
Killeen, TX 76542
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **Kathleen Ann Lietzke**                                  CASE NO.   **11-10103-RLJ-7**

                                                                    CHAPTER   **7**

## Certificate of Service

The undersigned hereby certifies that on May 22, 2014, a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines was served on all interested parties listed below by ECF and/or regular mail.

Date:   **5/22/2014**                             /s/ Monte J. White
                                                  **Monte J. White**
                                                  Attorney for the Debtor(s)

JWC
3800 S WS Young Drive, Suite 101
Killeen, TX 76542