B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **Kathleen Ann Lietzke**             CASE NO    **11-10103-RLJ-7**

CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Abilene All Star Auto<br>1333 S. Danville<br>Abilene, TX 79605<br>0364 | 2002 Pontiac Grand Prix |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Coronado Beach Resort<br>1415 Orange Ave<br>Coronado, CA 92118<br>0364(Honea) | Coronado Beach Resort Timeshare |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Kathleen Ann Lietzke**　　　　　　　　　　　CASE NO  **11-10103-RLJ-7**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Aarons Sales & Lease<br>2102 N 1st St.<br>Abilene, TX 79603 | **Describe Leased Property:**<br>still owed $1,200.00 pay off date is 02/15/2012<br>couch and love seat | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑　　　NO ☐ |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Debbie Storey<br>3318 Park Crest Dr.<br>Abilene, TX 79605 | **Describe Leased Property:**<br>Month to Month verbal no contract<br>I have been living there for 3 years | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑　　　NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **5/7/2014**　　　　　　　　　　　　　Signature  **/s/ Kathleen Ann Lietzke**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Kathleen Ann Lietzke*

Date _____　　Signature _____